**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RELPHA TECH CORP. (f/k/a REALPHA ASSET
MANGEMENT, INC.),

                Plaintiff,

-against-                                 24 **CIVIL** 8325 (LAK)

                                                     **<u>JUDGMENT</u>**

GEM YIELD BAHAMAS LIMITED,

                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated March 13, 2025, defendant's motion to dismiss (Dkt 17) is granted.

**Dated:** New York, New York

       March 14, 2025

                                                                **TAMMI M HELLWIG**

                                                                **Clerk of Court**

                      **BY:**         *K. Mango*

                                                                **Deputy Clerk**